En el Tribunal Supremo de Puerto Rico

| | |
|---|---|
| In re: <br><br> Andrés Villanueva Laguer | 99 TSPR 125 |

Número del Caso: 5069

Por Derecho Propio

Fecha: 7/30/1999

Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correciones del
proceso de compilación y publicación oficial de las
decisiones del Tribunal. Su distribución electrónica se hace
como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Lcdo. Andrés Villanueva                    5069

RESOLUCION

San Juan, Puerto Rico, a 30 de julio de 1999.

Vista la moción solicitando la reinstalación, se autoriza la reinstalación limitada del peticionario al ejercicio de la abogacía. No se le reinstala al ejercicio de la notaría. Se apercibe al peticionario que al descargar sus responsabilidades profesionales, deberá observar estrictamente los cánones de ética profesional y que en el futuro deberá cumplir rigurosamente con las resoluciones de este Tribunal.

Se concede término de sesenta (60) días a la Directora de Inspección de Notarías, para que reaccione al escrito de Andrés Villanueva Laguer, presentado ante nos el 21 de julio de 1999.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente señor Andréu García, el Juez Asociado señor Negrón García y la Juez Asociada señora Naveira de Rodón no intervinieron.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo